IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILLY W. ANDERSON, #183981, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:10cv693-TMH |
| | ) |
| RICHARD ALLEN, PRISON COMMISSIONER, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AND OPINION**

On May 17, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 102). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. Defendants' motions for summary judgment (Doc. # # 28, 39) are GRANTED;

2. Judgment is ENTERED in favor of defendants against plaintiff;

3. This case is DISMISSED with prejudice; and

4. Costs are TAXED against plaintiff for which execution may issue.

DONE this the 19th day of June, 2013.

    /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE